# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 17-43078-659 |
| LAKITA J MOORE ) | Chapter 13 |
| ) | |
| ) | Re: Objection to Claim 1 filed by |
| ) | INTERNAL REVENUE SERV |
| ) | Acct: 9852 |
| ) | Amount: $7,401.86 |
| **Debtor** ) | Response Due: August 09, 2017 |
| ) | |

## TRUSTEE'S OBJECTION TO CLAIM 1

**THIS OBJECTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE OBJECTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE OBJECTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE OBJECTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING, THE DATE OF WHICH WILL BE SENT TO YOU IF YOU FILE A RESPONSE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE OBJECTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

   COMES NOW Diana S. Daugherty, Standing Chapter 13 Trustee in Bankruptcy, and for her objection to claim states as follows:
   The claim of INTERNAL REVENUE SERV dated May 15, 2017, should be allowed but ordered paid as $3,007.60 priority and $1,771.06 unsecured because the claim is based on an estimate. The creditor may file an amended claim after the amount of debt is determined.
   WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

| | |
|---|---|
| Dated: July 19, 2017 | /s/ Diana S. Daugherty |
| | Diana S. Daugherty |
| OBJCLM--AC | Standing Chapter 13 Trustee |
| | P.O. Box 430908 |
| | St. Louis, MO 63143 |
| | (314) 781-8100  Fax: (314) 781-8881 |
| | trust33@ch13stl.com |

    The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of July 19, 2017.

                                                           /s/ Diana S. Daugherty

| | |
|---|---|
| LAKITA J MOORE<br>10052 CROWN POINT DR<br>APT B<br>SAINT LOUIS, MO  63136-4236 | INTERNAL REVENUE SERV<br>PO BOX 7317<br>C/O MISSOURI CASES<br>PHILADELPHIA, PA  19101-7317 |
| LAW OFFICES OF SEAN C PAUL<br>8917 GRAVOIS RD<br>ST LOUIS, MO  63123 | INTERNAL REVENUE SERV<br>PO BOX 7346<br>INSOLVENCY UNIT<br>PHILADELPHIA, PA  19101-7346 |
| US ATTORNEYS OFFICE<br>111 S 10TH ST RM 20.333<br>C/O JANE RUND ASST US ATTORNEY<br>ST LOUIS, MO  63102 | |